| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) REINHARD, PHILIP G. | 2. Court or Organization NDIL - WESTERN DIVISION | 3. Date of Report 04/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 211 SOUTH COURT STREET ROOM 202 ROCKFORD, ILLINOIS 61101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |
| 2. | |
| 3. | |

RECEIVED 2009 APR 20 A 10: 57 FINANCIAL DISCLOSURE OFFICE

Reinhard_Philip_G

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Illinois Judges' Retirement System | $62,282.76 |
| 2. 2008 | Illinois Municipal Retirement Fund | $13,537.79 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008-Int. | Substitute Teacher - Harlem Consolidated School District |
| 2. 2008 | Teachers Retirement System of the State of Illinois |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Intellectual Property Law Association of Chicago | 10/10/08 | Chicago, Illinois | Annual Dinner | Dinner, Lodging, Transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regal Beloit Corporation Common Stock - Trust #1 | B | Dividend | L | T | Buy (add'l) | 1/10 | J | | |
| 2. IRA Acct.Vanguard Group:AMFI Com. Stock;Prime Money MktAcct | A | Int./Div. | | | Distributed | | | | |
| 3. AmCore Financial Accounts | A | Interest | K | T | | | | | |
| 4. Equitable Resources Common Stock - Trust #1 | C | Dividend | M | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund | D | Dividend | M | T | | | | | |
| 6. Vanguard - Index Total Stock Market Fund - Trust #1 | A | Dividend | J | T | | | | | |
| 7. Mairs & Power Growth Fund - Trust #1 | B | Dividend | K | T | Redeemed (part) | 3/31 | K | D | |
| 8. | | | | | Redeemed | 5/13 | J | C | |
| 9. Pioneer Natural Res.Co. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 10. Nabors Ind. Ltd.,f/k/a NaborsInd.,Inc. Common Stock-Trust #1 | | None | J | T | | | | | |
| 11. Artisian Int'l Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 12. Cisco Systems Common Stock - Trust #1 | | None | | | Sold | 12/12 | J | | |
| 13. E*Trade Clearning LLC Brokerage Account - Trust #1 | A | Interest | J | T | | | | | |
| 14. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 15. Vanguard Prime Money Market Fund - Trust #1 | A | Dividend | J | T | | | | | |
| 16. Dodge & Cox Stock Fund - Trust #1 | A | Dividend | | | Redeemed | 5/12 | K | C | |
| 17. Royce Low-Priced Stock Fund - Trust #1 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Esti | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baron Small Cap Fund - Trust #1 | | None | K | T | | | | | |
| 19. Teleflex Inc. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 20. Gold - Krugerrands | | None | M | T | | | | | |
| 21. Dodge & Cox International Stock Fund - Trust #1 | B | Dividend | K | T | | | | | |
| 22. Meridian Growth Fund - Trust #1 | | None | | | Redeemed | 4/7 | K | | |
| 23. Abbott Laboratories Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 24. Associated Bancorp Common Stock - Trust #1 | A | Dividend | | | Sold | 6/19 | J | | |
| 25. Johnson & Johnson Corp. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 26. MGE Energy Inc. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 27. 3M Corp. Common Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 28. Immucor, Inc. Common Stock - Trust #1 | | None | J | T | Buy (add'l) | 3/12 | J | | |
| 29. SCP Pool Corp. Common Stock - Trust #1 | A | Dividend | J | T | | | | | |
| 30. Baron Partners Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 31. Vanguard Intn.Eq. Ind Fd Emr. Mkt. ETF - Trust #1 | A | Dividend | J | T | Buy (add'l) | 6/4 | J | | |
| 32. Keys Federal Credit Union Account (Y) | | | | | | | | | |
| 33. Cemex ADR - Trust #1 | A | Dividend | J | T | | | | | |
| 34. Vanguard Intermediate-term Tx. Muni bonds - Admiral | C | Interest | L | T | Buy | 1/8 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 3/10 | J | | |
| 36. | | | | | Buy (add'l) | 3/31 | J | | |
| 37.    IShare MSCI Brazil F ETF - Trust #1 | A | Dividend | J | T | Buy | 6/4 | J | | |
| 38.    CGM Focus Fund - Trust #1 | A | Dividend | K | T | Buy | 3/24 | J | | |
| 39. | | | | | Buy (add'l) | 4/8 | K | | |
| 40. | | | | | Buy (add'l) | 5/27 | J | | |
| 41.    Fairholme Fund - Trust #1 | A | Dividend | K | T | Buy | 5/16 | J | | |
| 42. | | | | | Buy (add'l) | 5/21 | K | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 2, Art. VII -- In 2008, my IRA account was closed and all proceeds from the sale of all my AmCore Stock (AMFI) and Vanguard Prime Money Market account therein were distributed to me.

Line 17, Art. VII -- Royce Low-Priced Stock Fund was incorrectly listed in 2007 report as Royce Small Cap Fund.

Art. VII -- Trust #1 assets are specifically identified in this report as compared to 2007 report where Trust #1 assets were included in Art. VII but not specifically identified.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 04/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature\_\_\_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544